FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 12  P 3: 22

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN MCCRORY  :

v.  :  CIVIL NO. CCB-02-2350

DELMARVA AUTO GLASS, ET AL.  :

...oOo...

## ORDER

The defendants' Motion to Dismiss having been considered, together with the plaintiff's response, it is hereby **ORDERED** that:

1. the Motion to Dismiss is **Granted**, by agreement, as to Counts III and V of the Amended Complaint;

2. the Motion is **Denied**, as to Count IV, interpreted as a claim for hostile work environment under Title VII and/or Section 1981;

3. the Motion is **Denied** without prejudice as to Count VI, based on the plaintiff's proffered efforts to obtain a right-to-sue letter; and

4. the Clerk shall send copies of this order to counsel of record.

12/12/02
Date

Catherine C. Blake
United States District Judge