IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOHN McCRORY                     \*

    Plaintiff               \*

v.                               \*        CASE NO.: CCB 02 CV 2350

DELAMARVA AUTO GLASS, et al.     \*

    Defendants              \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STIPULATION ON TELEPHONIC DEPOSITION

The parties, pursuant to FRCP Rule 30(b) 7, Stipulate to the taking of the depositions of the Jim Ochs and Tina Ochs for the purposes of discovery and/or evidence in the captioned case by telephone and before Depositions and... Inc., of 101 Broadus Avenue Greenville, S.C. 29603 on February 25, 2003 at 10 a.m. and 11 a.m. respectively.

Respectfully submitted,

LAW OFFICES OF ANNE GBENJO              HODES, ULMAN, PESSIN & KATZ

_____               _____
ANNE J.A. GBENJO                        STEVEN B. SCHWARTZMAN
1300 Mercantile Lane Suite 100-C        901 Dulaney Valley Road Suite 400
Largo, Maryland 20774                   Towson, Maryland 21204
301-883-0250                            410-339-6746
Fax: 301-883-9741                       Fax: 410-938-8909
Counsel for Plaintiff                   Counsel for Defendants

LAW OFFICES OF ANNE GBENJO
1300 MERCANTILE LANE, STE. 100-C
LARGO, MD 20774
PHONE - 301-883-0250 • FAX - 301-883-9741

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY THAT on this 21st day of February, 2003, a copy of the foregoing Stipulation on Telephonic Depositions was sent via facsimile and first class postage prepaid mail to:

Steven B. Schwartzman
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road - Suite 400
Towson, Maryland 21204-2600

_____
Anne J.A. Gbenjo

LAW OFFICES OF ANNE GBENJO
1300 MERCANTILE LANE, STE. 100-C
LARGO, MD 20774
PHONE - 301-883-0250 • FAX - 301-883-9741