IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| JOHN McCRORY | * |
|     Plaintiff | * |
| v. | *   Case No.: CCB 02 CV 2350 |
| DELMARVA AUTO GLASS, et al. | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION TO STRIKE PLAINTIFF'S RULE 26(a)(2) DISCLOSURE

Defendants Delmarva Auto Glass, Inc., and Homer King (hereinafter "Defendants") hereby move to strike Plaintiff's Rule 26(a)(2) Disclosure on the grounds that the Disclosure is untimely.

1. The Court's Scheduling Order dated December 12, 2002, set a deadline for Plaintiff's Rule 26(a) Disclosure of February 10, 2003.

2. On or about February 7, 2003, Plaintiff filed a Rule 26(a) Disclosure in which Plaintiff stated:

> Discovery in this matter is still being conducted and Plaintiff has not yet determined the identity of the individuals who may have expertise relevant and material to the issues presented herein, and may therefore need to supplement this statement at a later date.

3. Plaintiff identified no expert witnesses in the February 7, 2003 Rule 26(a)(2) Disclosure. Nor did Plaintiff move for an extension of the Scheduling Order to permit Plaintiff to file his Rule 26(a)(2) Disclosure at a later date.

4. Rule 26(a)(2) requires a party to disclose anyone who has been retained as an expert witness and to accompany that disclosure by a written report prepared and signed by the witness. The report is to contain a complete statement of all opinions to be expressed and the basis and reasons therefore. Clearly, Plaintiff failed to meet the requirements of Rule 26(a)(2) by the February 10, 2003 deadline. Plaintiff also failed to ask the Court's permission to provide these initial Disclosures at a later date.

5. The deadline for Defendants' Rule 26(a)(2) Disclosure was March 12, 2003. Because Plaintiff did not identify an expert, Defendants chose not to retain a rebuttal expert and, therefore, did not make a disclosure.

6. On March 25, 2003, Plaintiff filed a Statement/Disclosure pursuant to Rule 26(a)(2) in which Plaintiff identified Gloria Morote, Ph.D., as an expert witness. Plaintiff's counsel did not provide a witness report prepared and signed by Dr. Morote. Defendants have no idea as to what Dr. Morote is expected to testify, other than the alleged harassment as experienced by the Plaintiff. Defendants do not know whether Dr. Morote ever treated Plaintiff. Furthermore, Plaintiff states that Dr. Morote will not even be available until the second week in April.

7. The discovery deadline and the deadline for the submission of the Status Report is April 28, 2003. Since Dr. Morote will not be available until the second week in April, Defendant is prejudiced by this late disclosure in that the Defendant will be hampered in having time to review Dr. Morote's report, should it be provided, and deposing Dr. Morote prior to the April 28, 2003 discovery deadline.

8. Because Plaintiff failed to timely identify Dr. Morote prior to the February 10, 2003 deadline and because this late submission fails to comply with the requirements of Rule 26(a)(2),

Defendants move that this Court strike Plaintiff's Rule 26(a) Disclosure.

                                                                                        _____
Steven B. Schwartzman
(Federal Bar No. 04686)
HODES, ULMAN, PESSIN & KATZ, P.A.
901 Dulaney Valley Road - Suite 400
Towson, Maryland  21204-2600
Tele:  (410) 938-8800
Fax:   (410) 938-8909
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2003, a copy of Defendants' Motion To Strike Plaintiff's Rule 26(A)(2) Disclosures which was electronically filed in this case on March 26, 2003, was mailed via first-class, postage prepaid to:

Anne J.A. Gbenjo, Esq.
1300 Mercantile Lane, Ste. 100-C
Largo, MD  20774
Attorney for Plaintiff

                                           _____
Steven B. Schwartzman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

JOHN McCRORY            *

   Plaintiff            *

v.                      *   Case No.: CCB 02 CV 2350

DELMARVA AUTO GLASS, et al.   *

   Defendants           *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Strike Plaintiff's Rule 26(a) Disclosure, and any opposition thereto, good cause having been shown, it is this _____ day of _____, 2003 ORDERED:

That said Motion be and the same hereby is GRANTED and Plaintiff's Rule 26(a)(2) Disclosure is hereby STRICKEN.

_____
The Honorable Catherine Curtis Blake
United States District Judge