UNITED STATES DISTRICT COURT FOR
DISTRICT OF MARYLAND

**************************************************
JOHN McCRORY                              *

      Plaintiff                    *
v.
                                    *

DELMARVA AUTO GLASS, et al            CASE NO.: CCB- 02-CV2350
                                    *

      Defendants
**************************************************

## ORDER

Upon consideration of Defendants' Motion to Strike Plaintiff's Rule 26(a) Disclosure, and Plaintiff's Response thereto, good cause having been shown, it is this

_____ day of _____, 2003 ORDERED:

                    That said Motion be and the same hereby is DENIED.


                                          _____
                                          Catherine C. Blake
                                          United States District Judge


Copies to:

Anne J.A. Gbenjo, Esquire
Steven B. Schwartzman, Esquire