UNITED STATES DISTRICT COURT FOR
DISTRICT OF MARYLAND

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOHN McCRORY                               \*

      Plaintiff                       \*
v.
                                                 \*

DELMARVA AUTO GLASS, et al            CASE NO.: CCB- 02-CV2350
                                                 \*

      Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Upon consideration of Plaintiff's Motion to Extend Discovery Deadline or Scheduling Order by thirty (30) to forty-five (45) days, and any response thereto, good cause having been shown, it is this _____ day of _____, 2003 ORDERED:

That said Motion be and the same hereby is GRANTED and discovery deadline is extended till _____.

 

_____
Catherine C. Blake
United States District Judge

Copies to:
Anne J.A. Gbenjo, Esquire
Steven B. Schwartzman, Esquire