IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN MCCRORY | : | |
| | : | |
| v. | : | CIVIL NO. CCB-02-2350 |
| | : | |
| DELMARVA AUTO GLASS, ET AL. | : | |

...o0o...

## AMENDED SCHEDULING ORDER

Plaintiff's Motion for Extension of the Scheduling Order or Discovery Deadline by Thirty to Forty-Five Days is **Granted**.  Defendants' Motion to Strike Plaintiff's Rule 26(a)(2) Disclosure is **Denied**.  An amended schedule follows.

| | |
|---|---|
| Deadline for deposing plaintiff's expert | April 30, 2003 |
| Defendant's Rule 26(a)(2) disclosures re experts | May 16, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | May 30, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | June 6, 2003 |
| **Discovery deadline; submission of status report** | June 20, 2003 |
| Requests for admission | June 27, 2003 |
| **Dispositive pretrial motions deadline** | July 27, 2003 |

**SO ORDERED** this  7th  day of April, 2003.

                                                                    /s/
                                                    _____

                                                  Catherine C. Blake
                                                  United States District Judge