IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| JOHN McCRORY | * | |
| Plaintiff | * | |
| v. | * | Case No.: CCB 02 CV 2350 |
| DELMARVA AUTO GLASS, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' STATUS REPORT

NOW COME Delmarva Auto Glass and Homer King, Defendants, by their attorneys, and file this Status Report pursuant to the Court's Scheduling Order:

a. *Whether discovery has been completed.*

Discovery has been completed.

b. *Whether any motions are pending.*

No motions are pending.

c. *Whether any party intends to file a dispositive pre-trial motion.*

Defendants do not intend to file a dispositive pre-trial motion.

d. *Whether the case is to be tried jury or non-jury and the anticipated length of trial.*

Plaintiff has requested a jury trial. Defendants estimate that a trial will last three days.

e. *A certification that the parties met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein.*

       A settlement conference was held before Judge Beth P. Gesner on May 7, 2003 with all parties and their counsel in attendance. The matter was not resolved.

f. *Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pre-trial motion.*

       No.

g. *Whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct any further proceedings in this case, either before or after the resolution of any dispositive pre-trial motion, including trial (jury or non-jury) and entry of final judgment.*

       No.

h. *Any other matter which you believe should be brought to the court's attention.*

       None.

       \_\_\_\_\_/s/_____
Steven B. Schwartzman
(Federal Bar No. 04686)
HODES, ULMAN, PESSIN & KATZ, P.A.
901 Dulaney Valley Road - Suite 400
Towson, Maryland 21204-2600
Tele: (410) 938-8800
Fax: (410) 938-8909
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2003, a copy of Defendants' Status Report was mailed by U.S. mail, postage prepaid to:

Anne J.A. Gbenjo, Esq.<br>
1300 Mercantile Lane, Ste. 100-C<br>
Largo, MD 20774<br>
<br>
Attorney for Plaintiff

_____/s/_____
Steven B. Schwartzman

G:\files\STEVE\Delmarva Auto Glass\status report.doc