UNITED STATES DISTRICT COURT FOR
DISTRICT OF MARYLAND

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOHN McCRORY                                 \*
    Plaintiff                                   \*

v.                                                        \*   **CASE NO.: CCB- 02-CV2350**
                                                 \*

DELMARVA AUTO GLASS, et al         \*
    Defendants                                \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFF STATUS REPORT

    A.  **WHETHER DISCOVERY HAS BEEN COMPLETED**:

        NOT QUITE, but very close to being completed.

    B.  **WHETHER ANY MOTIONS ARE PENDING**:

        NO.  None is anticipated unless defense fails to cooperate in this last phase of discovery.

    C.  **WHETHER ANY PARTY INTENDS TO FILE A DISPOSITIVE PRETRIAL MOTION:**

        NOT PLAINTIFF.  We believe this case has several genuine issues of material fact not capable of being resolved short of trial.

    D.  **WHETHER THE CASE IS TO BE TRIED JURY OR NON-JURY AND THE ANTICIPATED LENGTH OF TRIAL**:

        JURY.  Trial is expected to last three - five (3 - 5) days.

    E.  **A CERTIFICATION THAT THE PARTIES HAVE MET TO CONDUCT SERIOUS SETTLEMENT NEGOTIATIONS; AND THE DATE, TIME AND PLACE OF THE MEETING AND THE NAMES OF ALL PERSONS PARTICIPATING THEREIN**:

        SETTLEMENT WAS ATTEMPTED.  It was not successful however.  The focus of the settlement was on facts rather than resolution.  All parties and Judge Beth Gesner attended on. May 7, 2003.

**LAW OFFICES OF ANNE GBENJO**
1300 MERCANTILE LANE, STE. 100-C
LARGO, MD 20774
PHONE - 301-883-0250 • FAX - 301-883-9741

F. **WHETHER EACH PARTY BELIEVES IT WOULD BE HELPFUL TO REFER THIS CASE TO ANOTHER JUDGE OF THIS COURT FOR A SETTLEMENT OR OTHER ADR CONFERENCE, EITHER BEFORE OR AFTER THE RESOLUTION OF ANY DISPOSITIVE PRETRIAL MOTION:**

PROBABLY.  Plaintiff has always believed in settlement - at every point of the case.

G. **WHETHER ALL PARTIES CONSENT PURSUANT TO 28 U.S.C. §636(C), TO HAVE A U.S. MAGISTRATE JUDGE CONDUCT ANY FURTHER PROCEEDINGS IN THIS CASE, EITHER BEFORE OR AFTER RESOLUTION OF ANY DISPOSITIVE PRETRIAL MOTION, INCLUDING TRIAL (JURY OR NON JURY) AND ENTRY OF FINAL JUDGMENT**:

NO. Plaintiff does not consent.

H. **ANY OTHER MATTER WHICH YOU BELIEVE SHOULD BE BROUGHT TO THE COURT'S ATTENTION:**

NONE at the present moment.

Respectfully Submitted

**LAW OFFICES OF ANNE GBENJO**

Anne J.A. Gbenjo, 12145
1300 Mercantile Lane Suite 100-C
Largo, MD. 20774
Phone: 301-883-0250
Fax: 301-883-9741
Counsel for Plaintiff

LAW OFFICES OF ANNE GBENJO
1300 MERCANTILE LANE, STE. 100-C
LARGO, MD 20774
PHONE - 301-883-0250 • FAX - 301-883-9741

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY THAT on this 20th day of June, 2003, a copy of the foregoing Status Report was sent via first class postage prepaid mail to:

Steven B. Schwartzman, Esq.
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road - Suite 400
Towson, Maryland 21204-2600

            _____
            Anne J.A. Gbenjo

**LAW OFFICES OF ANNE GBENJO**
1300 MERCANTILE LANE, STE. 100-C
LARGO, MD 20774
PHONE - 301-883-0250 • FAX - 301-883-9741