IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

JOHN McCRORY        *

    Plaintiff        *

v.        *      Case No.: CCB 02 CV 2350

DELMARVA AUTO GLASS, et al.        *

    Defendants        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

On the claims of Plaintiff John McCrory against Defendants Delmarva Auto Glass and Homer King, we the Jury, find as follows:

| LIABILITY ||| 
|---|---|---|
| (AS TO DELMARVA AUTO GLASS) |||
| **Claim** | **As explained in** | **Verdict for** |
| **Discharge Based on Race -- § 1981/Title VII** | Final Jury Instruction No. __ | _____ John McCrory or <br><br> _____ Delmarva Auto Glass |
| *If* you find in favor of John McCrory on his claim of discharge based on race, do you find that Delmarva Auto Glass would have taken the same action against Mr. McCrory regardless of his race? | | ____ Yes <br><br> ____ No |
| **Hostile Work Environment Based On Race - § 1981/Title VII** | Final Jury Instruction No. __ | _____ John McCrory or <br><br> _____ Delmarva Auto Glass |
| **Retaliation - U.S.C. §1981/Title VII** | Final Jury Instruction No. __ | _____ John McCrory or <br><br> _____ Delmarva Auto Glass |

| | | |
|---|---|---|
| *If* you found in favor of John McCrory on his claim of retaliation, do you find that Delmarva Auto Glass would have taken the same actions against Mr. McCrory regardless of whether he opposed the alleged racial harassment? | | _____ Yes<br><br>_____ No |
| **(AS TO HOMER KING)** | | |
| **Discharge Based on Race -- § 1981** | Final Jury Instruction No. __ | _____ John McCrory or<br><br>_____ Homer King |
| *If* you find in favor of John McCrory on his claim of discharge based on race, do you find that Homer King would have taken the same action against Mr. McCrory regardless of his race? | | ____ Yes<br><br>____ No |
| **Hostile Work Environment Based On Race - § 1981** | Final Jury Instruction No. __ | _____ John McCrory or<br><br>_____ Homer King |
| **Retaliation - §1981** | Final Jury Instruction No. __ | _____ John McCrory or<br><br>_____ Homer King |
| *If* you found in favor of John McCrory on his claim of retaliation, do you find that Homer King would have taken the same actions against Mr. McCrory regardless of whether he opposed the alleged racial harassment? | | _____ Yes<br><br>_____ No |
| **COMPENSATORY DAMAGES**<br>**as explained in Final Jury Instructions Nos. ___ , ___ , ___**<br>*(You may only award damages for claims on which you found in Mr. McCrory's favor.)* | | |
| **Damages for Emotional Distress** | for a **hostile work environment**, since the wrong-doing to the present time. | $_____ as to Delmarva Auto Glass<br><br>$_____ as to Homer King |

|  | for a **hostile work environment**, from the present continuing into the future. | $_____ as to Delmarva Auto Glass<br><br>$_____ as to Homer King |
|---|---|---|
|  | for **race discrimination/discharge**, since the wrong-doing to the present time. | $_____ as to Delmarva Auto Glass<br><br>$_____ as to Homer King |
|  | for **race discrimination/discharge**, from the present continuing into the future. | $_____ as to Delmarva Auto Glass<br><br>$ _____ as to Homer King |
|  | for **retaliation**, since the wrong-doing to the present time. | $_____ as to Delmarva Auto Glass<br><br>$ _____ as to Homer King |
|  | for **retaliation**, from the present continuing into the future. | $_____ as to Delmarva Auto Glass<br><br>$_____ as to Homer King |
| **Medical Expenses** | as a direct result of **either** harassment **or** discrimination **or** both, since the wrong-doing to the present. | $_____ |
|  | as a direct result of **either** harassment **or** discrimination **or** both, from the present, continuing into the future, reduced to "present value." | $_____ |

| **Backpay** | for **wages** Mr. McCrory would have earned at his actual wage from the date on which his employment was terminated until the present time | $_____ |
|---|---|---|

**Date:** _____

_____
FOREPERSON


_____          _____
JUROR                                    JUROR


_____          _____
JUROR                                    JUROR


_____          _____
JUROR                                    JUROR


_____          _____
JUROR                                    JUROR


_____          _____
JUROR                                    JUROR

_____   _____
JUROR                              JUROR

                Respectfully submitted,

                _____/s/_____
                Steven B. Schwartzman
                (Fed. Bar No. 04686)
                HODES, ULMAN, PESSIN & KATZ, P.A.
                901 Dulaney Valley Road, Suite 400
                Towson, Maryland  21204
                410-339-6746
                410-938-8909 fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th th day of October 2003, a copy of Delmarva Auto Glass' Proposed Verdict Sheet was mailed by U.S. mail, postage prepaid to:

        Anne J.A. Gbenjo, Esq.
        1300 Mercantile Lane, Ste. 100-C
        Largo, MD  20774

        Attorney for Plaintiff

                _____/s/_____
                Steven B. Schwartzman

G:\FILES\STEVE\DELMARVA AUTO GLASS\VERDICT FORM.DOC