IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JOHN McCRORY             \*
                         \*
        Plaintiff        \*
v.                       \*
                         \*
DELMARVA AUTO GLASS, et al   \*   CASE NO.: CCB 02 CV 2350
                         \*
        Defendants       \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION FOR AN ORDER IN LIMINE TO EXCLUDE PLAINTIFF'S CONVICTION OF CHILD'S ENDANGERMENT OR ANY CONVICTION AT ALL

Plaintiff, by and through counsel moves this Honorable Court before trial, and before the selection of a jury, for an Order in Limine, excluding the defendants, their attorney and any witness from mentioning, or in any way bringing the jury's attention directly or indirectly, either via questioning, examining, rehabilitating or otherwise, at any stage of trial of this case, any evidence, testimony, of Plaintiff's Child endangerment conviction of about 1993 for the foregoing reasons:

During discovery of this case, part of what transpired was that, about 1993, Plaintiff placed his six (6) month old son in the bath tub and directed his then-girlfriend who was in the area, to watch him. Somehow the little boy drowned in the tub and Plaintiff ended up with a conviction of Child Endangerment.

Because defendant paid ostensibly inordinate attention to Plaintiff's conviction, there remains a strong likelihood that defendant may bring up, directly or indirectly, this prior conviction of Plaintiff, at trial of this case. It is for this reason, that Plaintiff moves for an Order in Limine to exclude this irrelevant, prejudicial, harassing and embarrassing

LAW OFFICES OF ANNE GBENJO
1300 MERCANTILE LANE, STE. 100-C
LARGO, MD 20774
PHONE - 301-883-0250 • FAX - 301-883-9741

evidence.

First of all, any testimony relating to Plaintiff's conviction will have absolutely nothing to do with whether he was discriminated/retaliated against or subjected to a shockingly cruel hostile work environment. Secondly, if such evidence were allowed, it would achieve nothing other than humiliate, harass and embarrass the Plaintiff. Significantly, it will recrudesce a long forgotten pain, wound and trauma of the Plaintiff.

In conjunction with that, if admitted, this objectionable and indubitably highly prejudicial evidence will confound the jury and may, in fact shift their focus from the main event - discrimination. This Court has the discretion to balance the probative value of a conviction against its prejudicial character. If the prejudicial character outweighs the probative value, this Court may exclude an otherwise admissible conviction. ***Luck v. United States,*** 348 F.2d 763 (D.C. Cir. 1965); ***People v. Rist,*** 16 Cal. 3d 211, 127 Cal. Rptr. 457, 545 P.2d 833 (1976). In the instant case, not only is the conviction irrelevant, it is barren of any value let alone probative value, vis a vis this case. This is the kind of evidence, for which an ordinary trial objection will be inadequate protection for the Plaintiff. Additionally, it is the kind of evidence that the F.R.E. Rule 403 is intended to protect someone like Plaintiff from. Thus, Plaintiff submits that this Court accept this evidence as falling within the perimeters and circuits of F.R.E. Rule 402. In the event the Court disagrees, Plaintiff in the alternative submits that the Court treat it as falling within the circumference of F.R.E. Rule 403 for the reason stated.

The Plaintiff humbly requests that the Court rule on this Motion before trial of this case so that the issue would have been addressed or preserved at trial. Motions in

2

limine preserve issues that they raise without any need for renewed objections at trial, just so long as the movant has clearly identified the ruling sought and the trial court has ruled upon it. ***Rice v. Community Health Association***, 99-1412 (4th Cir. 2000) citing United States v. Williams, 81 F.3d 1321, 1325 (4th Cir. 1996).

For these and other reasons that the Court deem proper and just, Plaintiff prays that this motion be granted.

Respectfully submitted,

**LAW OFFICES OF ANNE GBENJO**

Anne J. A. Gbenjo, 12145
1300 Mercantile Lane suite 100-C
Largo, Maryland 20774
Phone: (301) 883-0250
Fax: (301) 883-9741
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 24th day of October, 2003, a copy of Plaintiff's Motion in Limine was E-filed and first class, postage prepaid mail to all parties as follows:

Steven Schwartzman, Esquire
Hodes Ulman Pessin & Katz, P.A.
901 Dulaney Valley Road Suite 400
Towson, M.D. 21204
Counsel for Defendants.

/s/

Anne J.A. Gbenjo

LAW OFFICES OF ANNE GBENJO
1300 MERCANTILE LANE, STE. 100-C
LARGO, MD 20774
PHONE - 301-883-0250 • FAX - 301-883-9741

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
*******************************
JOHN McCRORY                    *
                                *
         Plaintiff              *
v.                              *
                                *
DELMARVA AUTO GLASS, et al      *    CASE NO.: CCB 02 CV 2350
                                *
         Defendants             *
*******************************
```

ORDER

Before this Court is Plaintiff's Motion Plaintiff's Motion for an Order in Limine to Exclude Plaintiff's Conviction of Child's Endangerment or Any Conviction at All. The Motion having been considered with any opposition thereto, it is this ____ day of ____, 2003, by the United States District Court for the District of Maryland, hereby,

ORDERED, that the Motion is GRANTED and the defendant shall not directly or indirectly raise or bring any matter relating or respecting Plaintiff's prior conviction at trial of this case.

_____
JUDGE CATHERINE BLAKE

COPIES TO:

Anne J.A. Gbenjo, Esquire
1300 Mercantile Lane Suite 100-C
Largo, Maryland 20774

Steven B. Schwartzman
901 Dullaney Valley Road Suite 400
Towson, Maryland 21204

LAW OFFICES OF ANNE GBENJO
1300 MERCANTILE LANE, STE. 100-C
LARGO, MD 20774
PHONE - 301-883-0250 • FAX - 301-883-9741

**LAW OFFICES OF ANNE GBENJO**
1300 MERCANTILE LANE, STE. 100-C
LARGO, MD 20774
PHONE - 301-883-0250 • FAX - 301-883-9741