IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| JOHN McCRORY | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. CCB-02-2350 |
| DELMARVA AUTO GLASS et. al. | ) ) ) ) | |
| Defendants. | ) ) ) | |

**BRIEF PROPOSED STATEMENT TO BE READ TO THE VENIRE PANEL**

The Plaintiff in this employment discrimination case is Mr. John McCrory. The defendants are Delmarva Auto Glass and Mr. Homer King. Delmarva Auto Glass has about five (5) shops in Maryland. Its head office is in Salisbury, Maryland. Mr. Homer King is one of the two partners who own Delmarva Auto Glass. The other partner is Mr. Gary Parks.

Mr. McCrory claims that: around July of 2000, while he was working as a Glass Installer for a company called Mikes Glass in Wilmington, Delaware, Mr. King offered him a job as a Glass installer in Millsboro, Maryland. Mr. King contacted Mr. McCrory about five (5) times over the phone before their agreement on taking the job was concluded. Part of what Mr. King promised Mr. McCrory at the time was a company van to use and a raise within six (6) months to one (1) year. Mr. Mcrory finally agreed to take the job. Thus, he and his family moved to Maryland.

Mr. McCrory began his employment around the middle of July of 2000 in Delmarva's Millsboro shop. According to Mr. McCrory, everything was fine until a few months later when

he was transferred to the head office in Salisbury.   In the twenty year history of Delmarva, Mr. McCrory was the first and only African American ever hired by Delmarva.  Around the time Mr. McCrory was to be transferred to the Salisbury shop, Mr. King asked Delmarva employees in Salisbury if and whether they would be comfortable working with Mr. McCrory.   From the time Mr. McCrory was transferred to the Salisbury Shop about September of 2000 up until July of 2001 when he was terminated, he was barraged on an almost daily basis with visual and/or verbal attacks against him and his race, African American. On an almost daily basis, Mr. McCrory was subjected to intentional discriminatory treatments and a terrible hostile work environment filled  with violently abuse language, numerous racial slurs and name calling by both his supervisors and coworkers. A significant percentage of Delmarva's customers are African Americans and the employees and managers of Delmarva referred to those African American customers as either "dark" or "nigger" to Mr. McCrory's face, throughout the year and until July 2001when he was terminated.

    Mr. McCrory claims further that:  Though he voiced his opposition, demonstrated his resentments and in fact, reported the discriminatory conduct of Delmarva employees/managers or  supervisors to Mr. King, no corrective or remedial action was ever taken.  Prior to Mr. McCrory reporting the use of racial slurs to Mr. King , another employee, an Italian, had made a similar report to Mr. King, rather than correct the misconduct, Mr. King told the Italian to "shut up or go home."  It is Mr. McCroroy's position that Mr. King knew of the racial hostility on the premises of Delmarva but failed to act on it.

    Mr. McCrory claims further that, all of Delmarva's Installers with Mr. McCrory's experience were allowed to take or undertake the National Glass Certification at Delmarva's expense.  Mr. McCrory was the only person who was not allowed the same benefit.  Shortly after Mr. McCrory

reported the use of racial slurs to Mr. King, he (Mr. King) hired two Caucasian males to assume Mr. McCrory's roles and duties, relegating Mr. McCrory only to certain in-house duties.

From the time Mr. McCrory started working at Delmarva, he expected Mr. King to make good on his promise to give him a company van. Rather than give Mr. McCrory the van, Mr. King loaned Mr. McCrory money to purchase a used van. The used van required numerous repairs and was eventually repossessed.

Mr. McCrory also claims that he was not given any raise but was fired around July 19, 2001, under the pretext that he bad-mouth the company. He states that his termination occurred after he had reported Mr. Brian King (Mr. Homer King's son) to Mr. King, for calling him (Mr. McCrory) a "nigger."

Mr. McCrory claims further that, as a result of the persistent harassment and discrimination that he suffered for the twelve months he was employed at Delmarva, he has been emotionally damaged, humiliated, that he had sleep disturbances and other stress related symptoms in addition to sustaining other significant damages. His relationship with his family and friends changed. So did his desire to be at work.

On the other hand, Delmarva Auto Glass denies that it discriminated against Mr. McCrory. It claims that it terminated Mr. McCrory for legitimate reason because he bad-mouthed the company twice and that Mr. McCrory had been warned after the first incident that he would be terminated if he badmouth the company again. In addition, Delmarva claims that Mr. McCrory did not report any act of discrimination until after his employment had been terminated. According to Delmarva, Mr. McCrory's met with the second partner, Mr. Gary Parks about one day after his employment was terminated, and that it was during this meeting that Mr. McCrory raised, for the first time, the issue of discrimination.

Case 1:02-cv-02350-CCB   Document 40   Filed 10/27/2003   Page 4 of 4