IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
*****************************
JOHN McCRORY                  *
                              *
            Plaintiff         *
v.                            *
                              *
DELMARVA AUTO GLASS, et al    *    CASE NO.: CCB 02 CV 2350
                              *
            Defendants        *
*****************************
```

ORDER

Before this Court is Defendant's Motion in Limine to Exclude Statements Unrelated to

Plaintiff's Period of Employment.  The Motion having been considered with any opposition

thereto, it is this ____ day of _____, 2003, by the United States District Court for the District

of Maryland, hereby,

ORDERED, that the Motion is DENIED.

_____
JUDGE CATHERINE BLAKE

COPIES TO:

Anne J.A. Gbenjo, Esquire
1300 Mercantile Lane Suite 100-C
Largo, Maryland 20774

Steven B. Schwartzman
901 Dullaney Valley Road Suite 400
Towson, Maryland 21204