IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN McCRORY | ) |
| Plaintiff, | ) |
| v. | ) Civil No. CCB-02-2350 |
| DELMARVA AUTO GLASS et. al. | ) |
| Defendants. | ) |

NOTICE OF ENTRY OF APPEARANCE

Madam Clerk please enter the appearance of Jo Ann P. Myles as co-counsel for the Plaintiff, John McCrory in the captioned case.

Respectfully submitted,

_____/s/_____
Jo Ann P. Myles
Law Offices of Jo Ann P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, Maryland 20774
Bar Number 04412
Phone: 301-474-0261
Fax: 301-925-4070
Counsel for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that this Notice of Entry of Appearance was e-filed and sent this 12th day of November, 2003 to counsel for defendants as follows:

Steven Schwartzman, Esquire
Hodes Ulman Pessin & Katz, P.A.
901 Dulaney Valley Road Suite 400
Towson, M.D. 21204
Counsel for Defendants.

                                         /s/
                              _____
                                Jo Ann P. Myles.