IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| JOHN McCRORY | * |
|     Plaintiff | * |
| v. | *   Case No.: CCB 02 CV 2350 |
| DELMARVA AUTO GLASS, et al. | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **DEFENDANTS' EXHIBIT LIST**

Pursuant to Local Rule 107(a), Defendants Delmarva Auto Glass and Homer King, file this Exhibit List.

    Exhibit 1.    Plaintiff's resume submitted to Delmarva Auto Glass.

    Exhibit 2.    DAG 000024 – McCrory's Windshield Repair flier.

    Exhibit 3.    McCrory's W-2 from Delmarva Auto Glass (2001).

    Exhibit 4.    DAG 000081 – 84 – VVP America, Inc. Personnel Authorization, Employment Application and Form NC-4.

    Exhibit 5.    VVP America, Inc. Earnings Statement (period ending 2/27/03).

    Exhibit 6.    VVP America, Inc. W-2 and Earnings Summary (2002).

Respectfully submitted,

/s/
Steven B. Schwartzman
(Fed. Bar No. 04686)
HODES, ULMAN, PESSIN & KATZ, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204

410-339-6746<br>410-938-8909 fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November 2003, a copy of Delmarva Auto Glass' Exhibit List was electronically filed and mailed, by overnight mail, postage prepaid to:

Anne J.A. Gbenjo, Esq.<br>
1300 Mercantile Lane, Ste. 100-C<br>
Largo, MD  20774

Attorney for Plaintiff

_____/s/_____<br>
Steven B. Schwartzman

G:\FILES\STEVE\DELMARVA AUTO GLASS\EXHIBIT LIST.DOC