IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
******************************
JOHN McCRORY                   *
                               *
        Plaintiff              *
v.                             *
                               *
DELMARVA AUTO GLASS, et al     *    CASE NO.: CCB 02 CV 2350
                               *
        Defendants             *
******************************
```

STIPULATION OF THE PARTIES

By consent, the parties hereby withdraw the request for a jury trial.

Respectfully submitted,

**LAW OFFICES OF ANNE GBENJO**

---

Anne J. A. Gbenjo, 12145
1300 Mercantile Lane suite 100-C
Largo, Maryland 20774
Phone: (301) 883-0250
Fax: (301) 883-9741
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 14th day of October, 2003, a copy of the foregoing Stipulation was E-filed and first class, postage prepaid mail to all parties as follows:

Steven Schwartzman, Esquire
Hodes Ulman Pessin & Katz, P.A.
901 Dulaney Valley Road Suite 400
Towson, M.D. 21204
Counsel for Defendants.

/s/
---
Anne J.A. Gbenjo

Before this Court is Defendant's Motion in Limine to Exclude Statements Unrelated to Plaintiff's Period of Employment. The Motion having been considered with any opposition thereto, it is this ____ day of _____, 2003, by the United States District Court for the District of Maryland, hereby,

ORDERED, that the Motion is DENIED.

_____
JUDGE CATHERINE BLAKE

COPIES TO:

Anne J.A. Gbenjo, Esquire
1300 Mercantile Lane Suite 100-C
Largo, Maryland 20774

Steven B. Schwartzman
901 Dullaney Valley Road Suite 400
Towson, Maryland 21204