FILED
U.S. DISTRICT COURT
YLAND

IN THE UNITED STATES DISTRICT COURT 2003 NOV 4 P 3 29
FOR THE DISTRICT OF MARYLAND

BALTIMORE

DEPUTY

*******************************
JOHN McCRORY        *
                    *
        Plaintiff   *
v.                  *
                    *
DELMARVA AUTO GLASS, et al   *    CASE NO.: CCB 02 CV 2350
                    *
        Defendants  *
*******************************

## STIPULATION OF THE PARTIES

By consent, the parties hereby withdraw the request for a jury trial.

Respectfully submitted,

**LAW OFFICES OF ANNE GBENJO**

---

Anne J. A. Gbenjo, 12145
1300 Mercantile Lane suite 100-C
Largo, Maryland 20774
Phone: (301) 883-0250
Fax: (301) 883-9741
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 14th day of October, 2003, a copy of the foregoing Stipulation was E-filed and first class, postage prepaid mail to all parties as follows:

Steven Schwartzman, Esquire
Hodes Ulman Pessin & Katz, P.A.
901 Dulaney Valley Road Suite 400
Towson, M.D. 21204
Counsel for Defendants.

/s/
---
Anne J.A. Gbenjo

Approved.
Bench trial 11/17/03
CCB
11/14/03

48