IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JOHN McCRORY                      \*
                                  \*
       Plaintiff            \*
v.                                \*
                                  \*
DELMARVA AUTO GLASS, et al  \*   CASE NO.: CCB 02 CV 2350
                                  \*
       Defendants           \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFF'S EXHIBIT LIST

EXHIBIT 1:   DELMARVA'S EEOC POSITION STATEMENT          1-10

EXHIBIT 2:   DELMARVA'S RECORD OF PLAINTIFF'S EMPLOYMENT   11

EXHIBIT 3:   DMVA CERTIFICATION OF THE ESSEX ARG FIELD TRAINING 12

EXHIBIT 4:   BNR. CERTIFICATION OF THE ESSEX ARG FIELD TRAINING 13

EXHIBIT 5:   MK'S CERTIFICATION OF THE ESSEX ARG FIELD TRAINING  14

EXHIBIT 6:   VVP EARNING STATEMENT                       15

EXHIBIT 7:   DELMARVA'S RESPONSE TO UNEMPLOYMENT OFFICE    16

EXHIBIT 8:   DELMARVA'S EMPLOYMENT CONTRACT WITH PLAINTIFF 17-25   EXHIBIT 9:   CHECKS FROM DELMARVA

26-27

EXHIBIT 10:  PLAINTIFF'S TIME SHEETS                     28-34

EXHIBIT 11:  PLAINTIFF'S PAYROLL RECORDS FROM OCT. 2000-    35-43

EXHIBIT 12:  EEOC DETERMINATION                          44-45

EXHIBIT 13:  EEOC QUESTIONNAIRE                          46-53

LAW OFFICES OF ANNE GBENJO
1300 MERCANTILE LANE, STE. 100-C
LARGO, MD 20774
PHONE - 301-883-0250 • FAX - 301-883-9741

EXHIBIT 14:  EEOC NOTES                                                          54-55

EXHIBIT 15:   EEOC JIM OCHS STATEMENT                                            56-57

EXHIBIT 16:   EEOC TINA OCHS STATEMENT                                           58

EXHIBIT 17:  EEOC CHARGE                                                         59

EXHIBIT 18: DELMARVA'S ADMISSIONS                                                60-64

EXHIBIT 19: DELMARVA'S 2000 INCOME STATEMENT FOR PLAINTIFF  65-71

EXHIBIT 20: DELMARVA 2001 INCOME STATEMENT FOR PLAINTIFF   72-82

EXHIBIT 21: GLASS EMPORIUM 2002 INCOME STATEMENT FOR PLAINTIFF 83

EXHIBIT 22:  VVP AMERICA EARNING STATEMENT 03-2003            84

EXHIBIT 23:  VVP W-2 EARNING SUMMARY                          85

EXHIBIT 24:   VVP W-2 DELMARVA AUTO GLASS                     86

EXHIBIT 25:   PLAINTIFF'S 1998 W-4                            87

EXHIBIT 26:   POWHANKA AUTO  RECOMMENDATION FOR PLAINTIFF    88

EXHIBIT 27: S&W  AUTO BODY SHOP RECOMMENDATION FOR PLAINTIFF 89

EXHIBIT 28: EXPERT COLLISION  RECOMMENDATION FOR PLAINTIFF   90

EXHIBIT 29: SALISBURY LINCOLN RECOMMENDATION FOR PLAINTIFF

91

EXHIBIT 30:  DR. MOROTE'S EXPERT REPORT                        92-93

Respectfully submitted,

**LAW OFFICES OF ANNE GBENJO**

_____
Anne J. A. Gbenjo, 12145

**LAW OFFICES OF ANNE GBENJO**
1300 MERCANTILE LANE, STE. 100-C
LARGO, MD 20774
PHONE - 301-883-0250 • FAX - 301-883-9741

                    1300 Mercantile Lane suite 100-C
                             Largo, Maryland 20774
                             Phone:  (301) 883-0250
                                Fax: (301) 883-9741
                                  Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY THAT on this 15th day of November, 2003, a copy of Plaintiff's EXHIBIT LIST was e-filed and mailed to all parties as follows:

Steven Schwartzman, Esquire
Hodes Ulman Pessin & Katz, P.A.
901 Dulaney Valley Road Suite 400
Towson, M.D.  21204
Counsel for Defendants.

                                           /s/
                            _____
                                Anne J.A. Gbenjo

LAW OFFICES OF ANNE GBENJO
1300 MERCANTILE LANE, STE. 100-C
LARGO, MD 20774
PHONE - 301-883-0250 • FAX - 301-883-9741