**JOHN MCCRORY**
**vs.**
**DELMARVA AUTO GLASS, et al**

Civil No. CCB-02-2350                                   Plaintiff's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 11/18/03 | 11/18/03 | Delmarva's EEOC Position Statement |
| 2 | 11/17/03 | 11/17/03 | Delmarva's Record of Plaintiff Employment |
| 3 | 11/17/03 | 11/17/03 | Essex ARG Qualified Training Certificate |
| 4 | 11/17/03 | 11/17/03 | Essex ARG Field Training Certificate |
| 5 | 11/17/03 | 11/17/03 | Essex ARG Qualified Training Certificate |
| 6 | | | |
| 7 | | | |
| 8 | 11/17/03 | 11/17/03 | Employment Contract |
| 9 | 11/17/03 | 11/17/03 | Copy of canceled checks |
| 10 | | | |
| 11 | 11/18/03 | 11/18/03 | Delmarva Auto Glass Payroll Summary |
| 12 | 11/18/03 | 11/18/03 | Determination of EEOC |
| 13 | 11/17/03 | 11/17/03 | EEOC Questionnaire |
| 14 | | | |
| 15 | 11/18/03 | ID ONLY | EEOC Jim Ochs Statement |
| 16 | | | |
| 17 | 11/18/03 | 11/18/03 | Change of Discrimination Form |
| 18 | 11/17/03 | 11/17/03 | Delmarva's Admissions |
| 19 | 11/18/03 | 11/18/03 | Delmarva's 2000 Income Tax Statement |
| 20 | 11/18/03 | 11/18/03 | Delmarva's 2001 Income Tax Statement |
| 21 | 11/17/03 | 11/17/03 | Wage and Tax Statement 2002 |
| 22 | 11/17/03 | 11/17/03 | Earnings Statement (VVP America, Inc.) |
| 23 | 11/17/03 | 11/17/03 | 2002 W-2 and Earnings Summary |
| 24 | 11/17/03 | 11/17/03 | 2001 W-2 |

U.S. District Court (Rev. 3/1999) - Exhibit List

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 25 | | | |
| 26 | 11/17/03 | 11/17/03 | Letter |
| 27 | | | |
| 28 | 11/17/03 | 11/17/03 | Letter of Recommendation (7/26/01) |
| 29 | | | |
| 30 | | | |
| 31 | 11/18/03 | 11/18/03 | Deposition of Jim Ochs |

U.S. District Court (Rev. 3/1999) - Exhibit List