JOHN MCCRORY

vs.

DELMARVA AUTO GLASS, et al

Civil No. CCB-02-2350                                    Defendant's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 11/17/03 | | Resume' - John McCrory |
| 2 | 11/17/03 | | McCrory's Windshield Repair Flyer |
| 3 | | | |
| 4 | 11/17/03 | 11/17/03 | Personnel Authorization (VVP America Inc.) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

U.S. District Court (Rev. 3/1999) - Exhibit List