## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-3220**
**Fax (410) 962-6836**

November 24, 2003

Anne J.A. Gbenjo, Esquire
1300 Mercantile Lane
Suite 100-C
Largo, MD 20774

Jo Ann Myles, Esquire
Law Office of JoAnn P. Myles
1300 Mercantile Lane, Suite 139 S
Largo, MD 20774

Steven B. Schwartzman, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, MD 21204-2600

      Re:    <u>John McCrory v. Delmarva Auto Glass, et al., Civil No. CCB-02-2350</u>

Dear Counsel:

      This will confirm that the Court's oral ruling in this case, following a bench trial heard last week, is scheduled for **December 4, 2003** at **2:00 p.m.** in Courtroom 7D.

      Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

      Sincerely yours,

      /s/

      Catherine C. Blake
      United States District Judge