IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN MCCRORY
    Plaintiff

vs.                               Case No.: CCB-02-2350

DELMARVA AUTO GLASS, et al
    Defendant

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal

| PLAINTIFF'S/GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| ALL | ALL |

All Plaintiff's exhibits returned: _____

All Defendant's exhibits returned: _____

Received the above listed exhibits this date:

Counsel for Plaintiff: *(signed)*

ANNE E. GBENJO, ESQ.

Counsel for Defendant(s): *(signed)*

STEVEN B. SCHWARTZMAN, ESQ.

Date: 12/9/03