IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN McCRORY | : |
| | : |
| v. | : CIVIL NO. CCB-02-2350 |
| | : |
| DELMARVA AUTO GLASS, ET AL. | : |

...o0o...

## ORDER OF JUDGMENT

For the reasons stated in open court on December 9, 2003, which shall constitute the court's findings of fact and conclusions of law under Fed. R. Civ. P. 52, it is hereby **ORDERED** that:

1. judgment is entered in favor of the defendants, Delmarva Auto Glass, a/k/a Delmarva Glass and Mirror, and Homer King, and against the plaintiff, John McCrory;

2. copies of this Order shall be sent to counsel of record; and

3. the Clerk shall **Close** this case.

|   |   |
|---|---|
| December 16, 2003 | /s/ |
| Date | Catherine C. Blake |
| | United States District Judge |